# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MAUREen HARRINGTON )<br>)<br>    Plaintiff/Counterclaim Defendant )<br>)<br>v. )<br>)<br>360 ABQ, LLC d/b/a/ 360 VENTURES )<br>    REAL ESTATE )<br>)<br>    Defendant/Counterclaim Plaintiff ) | Case No.1:22-cv-00063-KG-LF |

## ORDER APPROVING STIPULATION

This Court, having considered the Parties' Stipulation made pursuant to Rule 41(a)(1)(A)(ii) F.R.C.P. to Defendant 360 ABQ's dismissal of its Counterclaims in this matter for declaratory judgment, violation of the New Mexico Unfair Practices Act and *prima facie* tort; and to the withdrawal of its first, third, fourth, fifth, sixth and seventh affirmative defenses for statute of limitations, unclean hands, willful misconduct, implied license, waiver and estoppel, and fair use, respectively, and finding good cause for approval of the stipulation, hereby

ORDERS that Defendant's Counterclaims be and hereby are dismissed with prejudice; and further

ORDERS that Defendant s first, third, fourth, fifth, sixth and seventh affirmative defenses for statue of limitations, unclean hands, willful misconduct, implicit license, waiver and estoppel and fair use, respectively be and are withdrawn.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE